JANNIE NESMITH, as Parent and Natural Guardian of JANNIE PATTERSON, an Infant, et al., Appellants, v ALLSTATE INSURANCE COMPANY, Respondent.

Submitted January 6, 2014; decided January 9, 2014

▮▮▮▮▮▮▮▮▮▮▮

Motion by United Policyholders for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

▮▮▮▮▮▮▮▮▮▮▮

111-38 MANAGEMENT CORP., Appellant, v DIEGO BENITEZ, Also Known as JUAN D. BENITEZ, et al., Respondents.

Submitted November 12, 2013; decided January 9, 2014

▮▮▮▮▮▮▮▮▮▮▮

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

▮▮▮▮▮▮▮▮▮▮▮

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MARK GARRETT, Respondent.

Submitted December 16, 2013; decided January 9, 2014

▮▮▮▮▮▮▮▮▮▮▮

Motion to strike portions of appellant's brief denied.